| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

SHEILA BROWN, §
§
     Plaintiff, §
§
versus § CIVIL ACTION NO. 1:22-CV-556
§
SAM'S EAST, INC., §
§
     Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#27), filed February 22, 2024, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 7th day of March, 2024.

                                      MARCIA A. CRONE
                               UNITED STATES DISTRICT JUDGE